**UNITED STATES of America, Appellee,**

v.

**James F. SMYTH, Appellant.**

**No. 03–2987.**

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 6, 2004.

Decided Feb. 26, 2004.

Bruce Wellesley Gillan, Omaha, NE, for Plaintiff–Appellee.

John C. Vanderslice, Federal Public Defender's Office, Lincoln, NE, James F. Smyth, pro se, Shreveport, LA, for Defendant–Appellant.

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

PER CURIAM.

James F. Smyth appeals the 24–month prison term the district court[1] imposed

---

1. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

after revoking his supervised release. Smyth contends that the district court abused its discretion because it failed to adequately consider the statutory sentencing factors, *see* 18 U.S.C. § 3583(e)(3), and the recommended sentencing range of 3–9 months in U.S.S.G. § 7B1.4, p.s. We conclude that the district court gave thorough consideration to the sentencing factors and was not bound to follow section 7B1.4's sentencing recommendation. *Cf. United States v. Shaw*, 180 F.3d 920, 923 (8th Cir.1999) (per curiam). Accordingly, we affirm the judgment of the district court.